**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**at COVINGTON**

**CIVIL ACTION NO. 21-81-WOB-CJS**

**DAWN PARSONS**                                                                                    **PLAINTIFF**

**v.**                                 **ADR COMPLIANCE REPORT and ORDER**

**WAL-MART ASSOCIATES, INC., et al.**                                                **DEFENDANTS**

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This case has been referred to the undersigned for consideration of all pretrial matters, including scheduling and discovery, which general referral includes efforts directed at dispute resolution. (*See* R. 3).   To this end, the parties expressed a willingness to participate in alternative dispute resolution.  A mutually agreeable date was identified, an Order scheduling the court-facilitated settlement conference was issued (*see* R. 45), and the settlement conference was held in this case on January 4, 2023.  All required parties/representatives and counsel attended and participated in good faith in the conference.

A confidential settlement of all claims between Plaintiff and Defendants was achieved at this settlement conference, with the essential terms of the settlement being memorialized on the record at **sealed** audio file KYED-COV_2-21-cv-81-WOB_20230104_152820.  The parties will complete their settlement paperwork and file a proposed dismissal order in a timely fashion.

Accordingly, **IT IS ORDERED** that by **February 13, 2023,** the parties shall file a proposed agreed order of dismissal for District Judge Bertelsman's consideration or a Civil Rule 41-compliant stipulation of dismissal.

Signed this 9th day of January, 2023.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

TIC:   6 hrs.
J:\DATA\Orders\civil cov\2021\21-81-WOB ADR rept & order.docx