# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| DAWN PARSONS, | Civil Action No. 2:21-cv-81-WOB-CJS |
| **Plaintiff,** | JUDGE WILLIAM O. BERTELSMAN |
| v. | MAGISTRATE JUDGE CANDACE J. SMITH |
| WAL-MART ASSOCIATES, INC., et al., | **STIPULATION OF DISMISSAL** |
| **Defendants.** | |

Plaintiff, Dawn Parsons ("Plaintiff") and Defendants Walmart, Inc. and Wal-mart Associates, Inc. ("Defendants"), through counsel hereby stipulate as follows:

1. This matter is dismissed in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

2. This dismissal is with prejudice, however, the Court shall retain jurisdiction over this matter for a period of 60 days following the entry of this stipulated dismissal to resolve any disputes that may arise.

Dated: February 9, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Robb S. Stokar* | */s/ Jonathan M. Kelly* |
| Robb S. Stokar (OH 0091330) (PHV) | Kathryn A. Quesenberry (KY 83575) |
| Stokar Law, LLC | DINSMORE & SHOHL LLP |
| 404 E. 12th St., First Floor | 101 South Fifth Street, Suite 2500 |
| Cincinnati, OH 45202 | Louisville, Kentucky 40202 |
| T: 513-500-8511 | Tel: (502) 581-8025 |
| Email: rss@stokarlaw.com | Fax: (502) 585-2207 |
| | kathryn.quesenberry@dinsmore.com |

| | |
|---|---|
| Scott Best (KY 88844) | Jonathan M. Kelly (OH 0095738) (PHV) |
| 75 Cavalier Blvd. #212 | DINSMORE & SHOHL LLP |
| Florence, KY 41042 | 255 East Fifth Street, Suite 1900 |
| Tel: (859) 578-5415 | Cincinnati, Ohio 45202 |
| Fax: (859) 331-5337 | Tel: (513) 977-8200 |
| scott@best-law.org | Fax: (513) 977-8141 |
| | jon.kelly@dinsmore.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Jonathan M. Kelly*
                                              Jonathan M. Kelly